793 A.2d 714

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. RAYMOND FRANKLIN, DEFENDANT–
RESPONDENT.

February 27, 2002.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for clarification of its disposition. Jurisdiction is not retained.